# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: BKATZ@OLSHANLAW.COM
DIRECT DIAL: 212.451.2276

October 22, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/25/2018
```

**VIA ECF AND HAND DELIVERY**
Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Dassault Systèmes, S.E., et al. v. Seldat Distribution Inc.*, No. 18-CV-09608

Dear Judge Schofield:

We represent Plaintiffs Dassault Systèmes, S.E. and Dassault Systèmes Solidworks Corporation ("Plaintiffs") in the above-referenced action. As Your Honor may be aware, Plaintiffs commenced this action by filing the Complaint on October 19, 2018 via ECF. Unfortunately, due to an administrative issue, the Complaint was filed without the accompaniment of the referenced exhibits. As such, Plaintiffs respectfully request leave to file a corrected Complaint with the referenced exhibits appended.

Application GRANTED. Plaintiffs shall file the corrected complaint ASAP, or in any event, by October 29, 2018.

Respectfully submitted,

Dated: October 25, 2018
  New York, New York

  */s/ Brian A. Katz*
  Brian A. Katz

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

OLSHAN  FROME  WOLOSKY  LLP                                   WWW.OLSHANLAW.COM

4783718-1