# EXHIBIT 1

# Copyright
United States Copyright Office

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = CATIA V5
Search Results: Displaying 4 of 29 entries



Labeled View

*[Catia : V5R4 (for Intel)]*

**Type of Work:** Computer File
**Registration Number / Date:** TX0005337248 / 2001-01-16
**Title:** [Catia : V5R4 (for Intel)]
**Description:** Computer program.
**Notes:** Printout only deposited.
Title from appl.
**Copyright Claimant:** Dassault Systemes
**Date of Creation:** 2000
**Date of Publication:** 2000-07-11
**Previous Registration:** Prev. reg.
**Basis of Claim:** New Matter: revision & additional program text.
**Copyright Note:** C.O. correspondence.
**Variant title:** Catia : V5R4 (for Intel)
**Names:** Dassault Systemes



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ∨  Format for Print/Save |
| Enter your email address: [          ]  Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = CATIA V5
Search Results: Displaying 10 of 29 entries



*CATIA V5-6R2016 (CATIA V5 R26)*

|                              |                                                                                                                  |
|------------------------------|------------------------------------------------------------------------------------------------------------------|
| **Type of Work:**            | Computer File                                                                                                    |
| **Registration Number / Date:** | TX0008372404 / 2017-02-16                                                                                     |
| **Application Title:**       | CATIA V5-6R2016 (CATIA V5 R26)                                                                                   |
| **Title:**                   | CATIA V5-6R2016 (CATIA V5 R26)                                                                                   |
| **Description:**             | Electronic file (eService)                                                                                       |
| **Copyright Claimant:**      | DASSAULT SYSTEMES. Address: 10 RUE MARCEL DASSAULT, VELIZY-VILLACOUBLAY, 78140, France.                          |
| **Date of Creation:**        | 2016                                                                                                             |
| **Date of Publication:**     | 2016-02-04                                                                                                       |
| **Nation of First Publication:** | France                                                                                                       |
| **Authorship on Application:** | DASSAULT SYSTEMES, employer for hire; Citizenship: France. Authorship: computer program.                       |
| **Pre-existing Material:**   | computer program.                                                                                                |
| **Basis of Claim:**          | computer program.                                                                                                |
| **Names:**                   | DASSAULT SYSTEMES                                                                                                |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ∨  Format for Print/Save |
| Enter your email address: [          ]  Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page