# EXHIBIT 2



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = solidworks
Search Results: Displaying 5 of 83 entries



***SolidWorks 2000 : pt. 1.***

        **Type of Work:** Computer File
**Registration Number / Date:** TX0005225647 / 2000-05-30
                **Title:** SolidWorks 2000 : pt. 1.
        **Description:** Computer program.
            **Notes:** Printout only deposited.
**Copyright Claimant:** SolidWorks Corporation
  **Date of Creation:** 2000
**Date of Publication:** 2000-04-18
      **Variant title:** SolidWorks 2000 : pt. 1.
          **Names:** SolidWorks Corporation



| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record ∨   Format for Print/Save |
| Enter your email address:                 Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = solidworks
Search Results: Displaying 6 of 83 entries



*[SolidWorks 2001 plus]*

|  |  |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0005666476 / 2002-09-11 |
| **Title:** | [SolidWorks 2001 plus] |
| **Description:** | Computer program. |
| **Notes:** | Printout only deposited. |
|  | Title from appl. |
| **Copyright Claimant:** | SolidWorks Corporation |
| **Date of Creation:** | 2001 |
| **Date of Publication:** | 2001-12-12 |
| **Basis of Claim:** | New Matter: new & revised programming text. |
| **Names:** | SolidWorks Corporation |





---

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Case 1:18-cv-09608-LGS   Document 8-2   Filed 10/25/18   Page 4 of 5



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = solidworks
Search Results: Displaying 1 of 83 entries



*Solidworks.*

        **Type of Work:** Computer File
**Registration Number / Date:** TX0005725523 / 2003-03-24
                   **Title:** Solidworks.
          **Description:** Machine readable work.
                **Notes:** Printout only deposited.
    **Copyright Claimant:** SolidWorks Corporation
        **Date of Creation:** 2002
   **Date of Publication:** 2002-10-28
**Previous Registration:** Prev. reg. 2000, TX 5-225-647.
          **Basis of Claim:** New Matter: revisions & additions.
                 **Names:** SolidWorks Corporation



| Save, Print and Email (Help Page) |||
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = solidworks
Search Results: Displaying 54 of 83 entries



*SolidWorks 2015.*

|   |   |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0008101716 / 2015-04-09 |
| **Application Title:** | SolidWorks 2015. |
| **Title:** | SolidWorks 2015. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Dassault Systemes SolidWorks Corporation. Address: 175 Wyman Street, Waltham, MA, 02451, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-10-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Dassault Systemes SolidWorks Corporation, employer for hire; Domicile: United States. Authorship: computer program. |
| **Previous Registration:** | 2014, TX 7-951-350. |
| **Pre-existing Material:** | computer program. |
| **Basis of Claim:** | computer program. |
| **Rights and Permissions:** | Brendan Redmond, Dassault Systemes SolidWorks Corporation, 175 Wyman Street, Waltham, MA, 02451, United States, (781) 810-5619, brendan.redmond@3ds.com |
| **Names:** | Dassault Systemes SolidWorks Corporation |





Help   Search   History   Titles   Start Over