# EXHIBIT 3



Glenn E. Forbis
Direct Dial: 248-641-1249
gforbis@HDP.com

January 17, 2018

Mr. Daniel Dadoun
Seldat Distribution Inc.
107 Corporate Blvd.
Suite A
South Plainfield, NJ 07080-2482

Dear Mr. Dadoun:

We represent Dassault Systèmes S.E. (of France) and its subsidiaries, including Dassault Systèmes Americas Corp. (collectively, the "DS Group"), in connection with intellectual property enforcement and litigation. As you may know, the DS Group provides world-leading 3D design software and solutions to a wide range of industries around the globe. The DS Group is the owner of all right, title and interest in and to its proprietary suites of software known as CATIA and SOLIDWORKS (collectively the "Software"). The DS Group owns the copyrights in the United States and elsewhere for this Software.

Our client has informed us that Seldat Distribution Inc. ("Seldat") has been using the Software without valid licenses in complete disregard of the DS Group's valuable intellectual property rights. The DS Group has direct evidence of such illegal usage, obtained through sophisticated monitoring technology imbedded in the Software.

Seldat's continued use of the Software without valid licenses constitutes infringement of the DS Group's rights under the United States Copyright Act and could subject Seldat to liability for actual or statutory damages and attorneys' fees. Specifically, U.S. copyright law provides for civil as well as criminal penalties for infringement. Even absent proof of any actual damages, a copyright owner such as the DS Group is entitled to statutory damages of up to $150,000.00 for each work that is willfully infringed. See 17 U.S.C. § 504(c). Each copy of the Software is a separate work under the Copyright Act, and the DS Group has consistently registered its copyrights for years. Further, Copyright Law provides that a copyright owner who successfully enforces its copyright is presumptively entitled to recover its attorneys' fees. See 17 U.S.C. §505.

Harness, Dickey & Pierce, P.L.C. Attorneys and Counselors
5445 Corporate Drive, Suite 200, Troy, MI 48098     Phone 248.641.1600   Fax 248.641.0270

*Metropolitan*:   Detroit, MI   St. Louis, MO   Washington, D.C.   Dallas, TX          www.hdp.com

Mr. Daniel Dadoun
January 17, 2018
Page 2 of 2

In light of the foregoing, our client demands that Seldat immediately cease and desist its infringing activities. The DS Group is willing to settle this matter amicably upon Seldat's prompt payment for the appropriate licenses and requisite maintenance fees for the Software, including for both past and on-going usage. The DS Group will contact you directly to resolve this matter. This letter does not constitute a complete or exhaustive statement of our client's rights, claims, contentions, or legal theories. Nothing stated herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of the DS Group's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

*[signature]*

Glenn E. Forbis

GEF/dl
Enc.
cc: Eric Duma
    Theresa Rocker
    Naron Ungkuldee

22378782.1