# EXHIBIT 4

# Modeline Fenelon, Esq.

In-House Counsel
Seldat Distribution, Inc.

1412 Broadway, Suite 2302, New York, NY 10018 |
646-517-6767, Ext. 111 | modeline.fenelon@seldatinc.com

January 24, 2018

Via Telefax: gforbis@HDP.com
Glenn E. Forbis
5445 Corporate Drive, Suite 200
Troy, MI 48098

### Re: CATIA and SOLIDWORKS

Dear Mr. Forbis:

My name is Modeline Fenelon, Seldat Distribution, Inc. ("Seldat")'s In-House attorney.

This letter is in response to your correspondence, dated January 17, 2018; in which you addressed a use of the above captioned software by Seldat Distribution, Inc.

My client has informed me that the software CATIA was downloaded about 6 months ago, to test. It was not used because it was determined to be unsuitable. The last time the software was opened was about 4 months ago. The software has been removed.

As for SOLIDWORKS, my client has advised that he did not download this software.

Thank you for your courtesies.

Sincerely:

Modeline Fenelon, Esq.

Cc: Noah Legein via telefax noah.legein@inceptra.com