# EXHIBIT 5



Glenn E. Forbis
Direct Dial: 248-641-1249
gforbis@HDP.com

March 8, 2018

Mr. Daniel Dadoun
Seldat Distribution Inc.
107 Corporate Blvd.
Suite A
South Plainfield, NJ 07080-2482

    RE: Unauthorized use of CATIA and SOLIDWORKS

Dear Mr. Dadoun:

Recall that we represent Dassault Systèmes S.E. (of France) and its subsidiaries, including Dassault Systèmes Americas Corp. (collectively, the "DS Group"), in connection with intellectual property enforcement and litigation. I wrote to you on January 17, 2018 concerning Seldat's unauthorized use of the CATIA and SOLIDWORDS software products, both of which are owned and licensed by Dassault Systèmes S.E. I am writing to you again because we have not received an adequate response from Seldat.

In response to my January 17, 2018 letter and a follow-up email from Mr. Legein of Inceptra (a DS Group business partner), you advised that Seldat's attorney, Ms. Fenelon would respond to our communications. Ms. Fenelon did respond on January 24, 2018, indicating that Seldat had downloaded CATIA in 2017 "to test," but that Seldat had not downloaded SOLIDWORKS. On February 6, 2018, Theresa Rocker of the DS Group requested by email that Ms. Fenelon contact her to continue the dialogue, as the DS Group's records evidence that the copy of CATIA downloaded by Seldat was an illegal copy. Having received no response to Ms. Rocker's February 6, 2018 email, multiple voicemail messages were left for Ms. Fenelon, but the DS Group received no response. Accordingly, Dassault has asked that I reach out to you again in an attempt to move this matter forward.

Our goal is to resolve this matter by Seldat acquiring the appropriate licenses to cover its past use (and future use, to the extent that Seldat continues to use the software). Understand that Seldat's admitted past use of the CATIA software without valid licenses constitutes infringement of the DS Group's rights under the United States Copyright Act and could subject Seldat to liability for actual or statutory damages and attorneys' fees, as well as criminal penalties for

Harness, Dickey & Pierce, P.L.C. Attorneys and Counselors
5445 Corporate Drive, Suite 200, Troy, MI 48098

Phone 248.641.1600  Fax 248.641.0270

*Metropolitan*:  Detroit, MI  St. Louis, MO  Washington, D.C.  Dallas, TX    www.hdp.com

Mr. Daniel Dadoun
January 17, 2018
Page 2 of 2

infringement, including up to $150,000.00 in statutory damages for each work that was/is willfully infringed. See 17 U.S.C. § 504(c).

We request your prompt attention and response to this letter.

                                         Sincerely,

                                         Glenn E. Forbis

GEF/dl
Enc.
cc:    Eric Duma
       Theresa Rocker
       Naron Ungkuldee
       Modeline Fenelon

22510677.1
22513065.1