# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DASSAULT SYSTÈMES, S. E. and DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>-v-<br><br>SELDAT DISTRIBUTION INC.,<br><br>Defendant. | Plaintiff,<br><br>Case No. 18-CV-09608<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_Plaintiffs_ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dassault Aviation and Immobiliere Dassault are publicly traded affiliates of Dassault Systemes, SE.

Dassault Systemes SE is a publicly traded affiliate of Dassault Systemes Solidworks Corporation.

**Date:** 10/24/2018

**Signature of Attorney**

**Attorney Bar Code:** BK1967

Form Rule7_1.pdf  SDNY Web 10/2007