UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

DASSAULT SYSTEMES, S.E. and
DASSAULT SYSTEMES SOLIDWORKS
CORPORATION,

               Plaintiff,                        **Case No.: 1:18-cv-09608-LGS**

-against-

                                         **NOTICE OF APPEARANCE**

SELDAT DISTRIBUTION, INC.,

               Defendant.

_____x

      **PLEASE TAKE NOTICE** that the undersigned attorney, Modeline Fenelon, Esq., hereby appears in this action on behalf of and as counsel for Defendant, and demands service on the undersigned of all notices, papers, etc. Further, the undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       December 3, 2018

                                               By:   *s/Modeline Fenelon*
                                                      Modeline Fenelon
                                                      Loudie V. Srenick
                                                      28 West 37th Street
                                                      New York, New York 10018
                                                      646-517-6767 Ext. 111
                                                      modeline.fenelon@seldatinc.com
                                                      *Attorneys for Defendant*

TO:    The Clerk of Court
        All counsel of record (via ECF)