

Glenn E. Forbis
Direct Dial: 248-641-1249
gforbis@hdp.com

April 1, 2019

<u>Via CM/ECF Filing</u>

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

  Re: Dassault Systèmes, S. E., et al v. Seldat Distribution Inc.
    No. 1:18-cv-09608-LGS

Dear Judge Schofield:

  Our Firm represents Plaintiffs in the above-captioned matter. We write to the Court pursuant to Order [35] scheduling the parties to appear for a telephone conference on April 4, 2019 at 10:30 am, in response to defendants March 27, 2019 Letter Motion for Leave to File Amended Answer to Amended Complaint [33].

  Counsel for Plaintiff is unavailable for the scheduled conference because of a previously arranged vacation and respectfully requests the Court reschedule the conference call for Monday, April 8, 2019 prior to 2pm ET or any day thereafter at the Court's convenience.

       Sincerely,

       Glenn E. Forbis

cc: All Counsel of Record (via ECF)
23480151

---

Harness, Dickey & Pierce, P.L.C. Attorneys and Counselors
5445 Corporate Drive, Suite 200, Troy, MI 48098   **Phone** 248.641.1600  **Fax** 248.641.0270

*Metropolitan:* Detroit, MI St. Louis, MO Washington, D.C. Dallas, TX   www.hdp.com