UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X   Case No.: 1:18-cv-09608-LGS
DASSAULT SYSTEMES, S.E. and
DASSAULT SYSTEMES SOLIDWORKS
CORPORATION,

                                             Plaintiffs,

                          -against-                                            NOTICE OF MOTION

SELDAT DISTRIBUTION, INC.,
and JOHN DOE,

                                 Defendants.
-------------------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Modeline Fenelon and Loudie Srebnick, dated April 4, 2019, Memorandum of Law and upon all prior papers and pleadings herein, Modeline Fenelon and Loudie Srebnick, Counsel for Defendant Seldat Distribution, Inc, will move this Court, before the Hon. Lorna G. Schofield, U.S.D.J., at the United States District Court for the Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, NY 10007, (Courtroom 1106, 40 Centre Street) with oral argument on April 11, 2019, at 5:00 a.m., for an Order: (i) granting Modeline Fenelon and Loudie Srebnick leave to withdraw as Defendant's counsel in this action pursuant to Local Rule 1.4 and Model Rules of Professional Conduct Rule 1.16; (ii) an Order briefly continue the scheduled dates in the case and granting Defendant thirty (30) days to retain new counsel; (iii) an Order sealing the motion and accompanying papers and (iv) granting such other and further relief as the Court may deem just and proper.

      Pursuant to the direction of the Court, Daniel Dadoun is directed to appear before the Court on the return date of this motion in the above- mentioned location at the above-mentioned time.

Dated: New York, New York
April 4, 2019

By: _____
Modeline Fenelon, Esq.
Loudie Srebnick, Esq.
*Withdrawing Counsel for Defendants*
28 West 37th Street
New York, New York 10018
646-517-6767 Ext: 111

TO:
Seldat Distribution, Inc.
One Cragwood Rd., Suite 103A South Plainfield, NJ 07080
daniel.dadoun@seldatinc.com
daniel@seldatinc.com

Daniel Dadoun
CEO and sole owner of Defendant
One Cragwood Rd., Suite 103A South Plainfield, NJ 07080
daniel.dadoun@seldatinc.com
daniel@seldatinc.com