**OLSHAN**

1325 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2019

EMAIL: BKATZ@OLSHANLAW.COM
DIRECT DIAL: 212.451.2276

April 9, 2019

> The Court is in trial and unavailable before 5:00 P.M. on April 11, 2019. Mr. Forbis may appear for the conference by phone by calling Chambers at (212) 805-0288 from a landline. SO ORDERED.
>
> Dated: April 10, 2019
>        New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   *Dassault Systèmes, S. E., et al v. Seldat Distribution Inc.*,
      No. 1:18-cv-09608-LGS

Dear Judge Schofield:

This firm is local counsel to Plaintiffs in this action. We write regarding the Court's Order from earlier today (Dkt. 41) modifying the previously scheduled conference in this action at 5pm on Thursday April 11, from a telephone conference to an in-person conference, in connection with the Motion to Withdraw as Counsel filed by Defense Counsel. In order to allow for the attendance of lead counsel for Plaintiffs, Glenn Forbis of Harness Dickey, who is traveling from Detroit, we respectfully request that the conference be scheduled for earlier in the afternoon of Thursday, April 11, if that is acceptable to the Court. Mr. Forbis has a mediation scheduled out of town early in the morning of April 12. Conducting the conference in this matter even a few hours earlier, perhaps at 2pm (the Court's schedule permitting), will better allow for Mr. Forbis's full participation in these proceedings given outbound flight schedules on the 11th. Such participation is desired given the importance of this conference. We have contacted Defense counsel and they consent to this request. Thank you for Your Honor's consideration.

Respectfully,

*/s/ Brian A. Katz*

Brian A. Katz

cc: Counsel of Record (Via ECF)