Case 1:18-cv-09608-LGS   Document 55   Filed 06/05/19   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2019

**HARNESS DICKEY**

Glenn E. Forbis
Direct Dial:  248-641-1249
gforbis@hdp.com

June 4, 2019

Via CM/ECF Filing

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Dassault Systèmes, S. E., et al v. Seldat Distribution Inc.,*
            No. 1:18-cv-09608-LGS

Dear Judge Schofield:

      Our Firm represents Plaintiffs in the above-referenced action pending before the Court (the "Action"). We write to the Court pursuant to the Court's Order [ECF No. 52] directing the parties to file a joint status letter by June 4, 2019. Counsel for the Parties have conferred and agree on the points addressed below.

      This case was filed on October 19, 2018. The Court entered the Civil Case and Management Plan and Scheduling Order [ECF No. 26] (the "Scheduling Order") on January 8, 2019. The Scheduling Order provided for the following discovery-related deadlines (among others):

| | |
|---|---|
| Requests to Admit Served By: | May 1, 2019 |
| Fact Discovery Cutoff: | May 10, 2019 |
| Expert Discovery Cutoff: | June 4, 2019 |

Both Parties served and responded to written discovery (interrogatories and requests for production of documents). Both Parties noticed depositions to be taken in April 2019. However, the depositions have not yet been taken for the reasons below.

---

Harness, Dickey & Pierce, P.L.C.   Attorneys and Counselors
5445 Corporate Drive, Suite 200, Troy, MI 48098      **Phone** 248.641.1600    **Fax** 248.641.0270

*Metropolitan*:    Detroit, MI    St. Louis, MO    Washington, D.C.    Dallas, TX      www.hdp.com

Hon. Lorna G. Schofield
June 4, 2019
Page 2 of 2

      On March 29, 2019, Ms. Modeline Fenelon and Ms. Loudie Srebnick, counsel for Seldat Distribution, Inc. ("Seldat"), filed (by email) a letter motion to withdraw from the Action. Thereafter, Ms. Fenelon canceled all scheduled depositions. On April 17, 2019, the Court entered an Order [ECF No. 48] that: (i) granted Ms. Fenelon and Ms. Srebnick's motion to withdraw, (ii) ordered Seldat to retain new counsel by May 16, 2019, and (iii) extended the fact discovery deadline to May 30, 2019. The Court subsequently extended the deadline for Seldat to retain new counsel to May 22, 2019. On May 21, 2019, Seldat retained the law firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. ("Robinson Brog") to represent it in the Action and Nicholas M. Menasché, of counsel with Robinson Brog, filed a Notice of Appearance on behalf of Seldat.

      Current counsel for the Parties have met and conferred and agree that additional time is required to complete discovery. We propose the following dates:

| | |
|---|---|
| Requests to Admit Served By: | August 27, 2019 |
| Fact Discovery Cutoff: | September 30, 2019 |
| Expert Discovery Cutoff: | October 18, 2019 |

The Parties have submitted a proposed Order amending the Scheduling Order as set forth above for the Court's consideration.

      Counsel for the Parties are available to answer any questions the Court may have. Thank you.

      Sincerely,

      Glenn E. Forbis

cc: All Counsel of Record (via ECF)
23646045.1

> Application GRANTED in part. The fact discovery deadline is extended from June 6, 2019 (Dkt. 50) to July 22, 2019. A revised case management plan will issue.
>
> Dated: June 5, 2019
>       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**